# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>RAMIRO A ROMERO<br>ALMA I ROMERO<br>6766 AXTEL DR<br>CANAL WINCHESTER, OH  43110 | Case No:    04-69386<br><br>Judge:       John E. Hoffman Jr. |

SSN(S):    XXX-XX-9337
           XXX-XX-3229

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   January 25, 2010                    /s/ Frank M. Pees
                                             Frank M. Pees
                                             Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | 1.39 |